McDANIEL *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVE-
LAND STRAIGHT LINE RAILROAD COMPANY.

*Tuesday, June 12.*

APPEAL from the *Greene* Circuit Court.

*Per Curiam.*—The case of *O'Donald* against the same appellees, at this term, is similar to and determines this case (1).

The judgment is affirmed with 3 per cent. damages and costs.

*J. N. Evans*, for the appellant.

(1) *Ante,* 259.

---

WILSON *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVE-
LAND STRAIGHT LINE RAILROAD COMPANY.

*Tuesday, June 12.*

APPEAL from the *Morgan* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed with 5 per cent. damages and costs, upon the reasoning in the case of *The Evansville, &c., Railroad Co.* v. *Shearer,* 10 Ind. R. 244.

*W. V. Burns, L. Barbour,* and *J. D. Howland,* for the appellant.